# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:15-PO-12 |
| -vs- | : | MICHAEL J. NEWMAN<br>United States Magistrate Judge |
| ANDREW HUEY, | : | |
| Defendant. | : | GOVERNMENT'S MOTION<br>FOR DISMISSAL WITHOUT<br>PREJUDICE |

*Granted.*
*MN*
*7/24/17*

Now comes the United States, by and through counsel, and respectfully requests the Court dismiss the above captioned case, without prejudice.

Respectfully submitted,

-S-julienne mccammon 24 Jul 17
JULIENNE MCCAMMON (MD 9103050001)
Special Assistant U.S. Attorney
88 ABW/JA
5135 Pearson Road
WPAFB, OH 45433-5321
(937) 904-2169

### CERTIFICATE OF SERVICE

I certify that a copy of the above Motion to Dismiss was electronically filed on the 24th of July 2017 and that Thomas Anderson, as Defense Counsel of Record, will be notified of this Motion through CM/ECF.

_s-julienne mccammon – 24 Jul 17